**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Citicorp Vendor Finance, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Facility GIS, Inc., et al.,<br><br>　　　　　Defendants. | No. CV-08-0513-PHX-SMM<br><br>**ORDER** |

The Court, having read the verified Complaint and Application for Issuance of Provisional Remedy filed by Plaintiff (Dkts. 1, 4), together with the Affidavit of Plaintiff in Support of Issuance of Provisional Remedy Without Notice (Dkt. 1, Ex. 3), and it appearing to the Court that CITICORP VENDOR FINANCE, INC., formerly known as COPELCO CAPITAL INC, a Delaware corporation, is the owner of the property more particularly described in Exhibit A of the verified Complaint ("Lease Property"); that plaintiff is lawfully entitled to immediate possession of the Lease Property; that the Lease Property is being wrongfully detained by Defendants; that Plaintiff has satisfied the requirements to A.R.S. §§ 12-2402(B) and 12-1301; and that Plaintiff is entitled to the provisional remedy requested.

Accordingly,

//

1 **IT IS HEREBY ORDERED** that the U.S. Marshal be and hereby is ordered upon
2 the filing by Plaintiff with the U.S. Marshal of a Bond on Replevin in the penal sum of
3 $70,000.00 to take possession of the Subject Property; unless within two days after the
4 taking, the U.S. Marshal receives a re-delivery bond properly executed by Defendants and
5 payable to Plaintiff in an amount not less than $70,000.00 and that said U.S. Marshal
6 make due return of this Order showing how and when he executed the same.
7 DATED this 1st day of May, 2008.

*(signature)*
Stephen M. McNamee
United States District Judge