**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Citicorp Vendor Finance, Inc. | ) | No. CV-08-513-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Facility GIS, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff having filed a Motion for Extension of Time to Complete Service (Dkt. 7), and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Extension of Time (Dkt. 7). Plaintiff shall have until **October 15, 2008** to serve the Defendants in this case.

DATED this 15th day of July, 2008.

Stephen M. McNamee
United States District Judge