**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Citicorp Vendor Finance, Inc. | ) | No. CV-08-0513-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Facility GIS, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Plaintiff's Motion for Extension of Time to Complete Service (Dkt. 9). Plaintiff anticipates that this case may settle within the next thirty (30) days. If settlement discussions do not result in a settlement of this case within the next thirty (30) days, Plaintiff's counsel will instruct the U.S. Marshal to serve the lawsuit papers within thirty (30) days thereafter. Good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Extension of Time to Complete Service (Dkt. 9). Plaintiff shall have until **December 15, 2008** to serve the Defendants in this case.

DATED this 14th day of October, 2008.

Stephen M. McNamee
United States District Judge