**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Citicorp Vendor Finance, Inc. | ) | No. CV-08-0513-PHX-SMM |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Facility GIS, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is Plaintiff's Motion for Extension of Time to Complete Service (Third Request) (Dkt. 14). The parties have been engaged in settlement discussions. The settlement discussions have recently resulted in a tentative settlement, subject to mutually acceptable documentation. Plaintiff's counsel has transmitted drafts of the settlement to Defendants for review and approval. Plaintiff's counsel anticipates that the settlement will be completed within the next sixty (60) days. Good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Extension of Time to Complete Service (Third Request) (Dkt. 14). Plaintiff shall have until **February 15, 2009** to serve the Defendants in this case.

DATED this 12th day of December, 2008.

Stephen M. McNamee
United States District Judge