**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Citicorp Vendor Finance, Inc. | ) | No. CV-08-0513-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Facility GIS, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the parties Stipulation Regarding Judgment and Execution Upon Judgment (Dkt. 16). The parties request the Court to enter judgment in this matter. However, Defendants have not been served. See Dkts. 11-13, 15. The Court may not assert jurisdiction over Defendants unless they have been served or have waived service pursuant to Fed. R. Civ. 4. Accordingly,

**IT IS HEREBY ORDERED** that the parties Stipulation Regarding Judgment and Execution Upon Judgment (Dkt. 16) is **DENIED** with leave to refile.

DATED this 12th day of January, 2009.

Stephen M. McNamee
United States District Judge